IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH C. FORGIONE and
CHARLENE LYNN FORGIONE
DIETZ, as co-personal representatives
of the ESTATE OF ANTHONY "TONY"
FORGIONE, deceased,

    Plaintiffs,

v.                                  CASE NO. 3:13-cv-337-RS-CJK

HCA, INC.; FORT WALTON BEACH
MEDICAL CENTER, INC.; CHUCK
J. HALL; WAYNE CAMPBELL;
ROLAND GARRIGA; and DIXIE
FERGUSON,

    Defendants.
_____/

## ORDER

Before me is the Government's Motion for Temporary Restraining Order (Doc. 3). The Government removed a portion of a state court case to quash subpoenas for depositions against federal employees. "[R]emoval of an action pursuant to § 1442(a) normally brings to federal court the *entire* action. 'However, proceedings to enforce a subpoena against a federal officer may be determined to be ancillary to the state court action, such that the subpoena proceedings are removable but the underlying civil action remains in state court.' " *Pollock v. Barbosa Group, Inc.*, 478 F.Supp.2d 410, 413 (W.D.N.Y 2007). Plaintiffs do not

object to the Government's motion.  Therefore, the Motion for Temporary Restraining Order is **GRANTED** pursuant to Fed. R. Civ. P. 65.  Plaintiffs are enjoined from enforcing the subpoenas until the Government's forthcoming dispositive motion on the propriety of the subpoenas is resolved.

**ORDERED** on May 29, 2013.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**